**STATE v. CREASON**

[346 N.C. 165 (1997)]

STATE OF NORTH CAROLINA v. RAYMOND CHARLES CREASON

No. 364A96

(Filed 9 May 1997)

On appeal of a constitutional question pursuant to N.C.G.S. § 7A-30(1) from a decision of the Court of Appeals, 123 N.C. App. 495, 473 S.E.2d 771 (1996), finding no error in the judgment entered by Wood, J., at the 24 January 1995 Criminal Session of Superior Court, Rowan County. Submitted to the Supreme Court 16 April 1997 without oral argument pursuant to Rule 30(d) of the Rules of Appellate Procedure.

*Michael F. Easley, Attorney General, by Christopher E. Allen, Assistant Attorney General, for the State.*

*Carlyle Sherrill for defendant-appellant.*

PER CURIAM.

AFFIRMED.